

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00631-CV

**IN RE** Cynthia S. **HALE**

Original Mandamus Proceeding[1]

**CORRECTED ORDER**

Sitting:        Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice

On September 29, 2017, Relator filed an emergency motion for stay. On October 10, 2017, Relator filed a petition for writ of mandamus. In the body of her petition, Relator identifies a minor by name. In addition, the appendices to Relator's petition for writ of mandamus and motion for emergency stay include unredacted documents identifying the minors by name. Texas Rule of Appellate Procedure 9.9(b) requires sensitive data be redacted. Sensitive data includes the "name of any person who was a minor when the underlying suit was filed." TEX. R. APP. P. 9.9(a)(3). Sensitive data must be redacted as set out by Texas Rule of Appellate Procedure 9.9(c). Because Relator failed to comply with the requirements of Texas Rule of Appellate Procedure 9.9, we **ORDER** Relator's petition and motion for temporary relief **STRICKEN**. Relator may file an amended petition and motion, solely for the purpose of redacting all sensitive data, no later than November 6, 2017.

On October 27, 2017, Real Party in Interest filed a response to the petition for writ of mandamus. The appendix to the response includes unredacted documents identifying the minors by name. Because Real Party in Interest failed to comply with the requirements of Texas Rule of Appellate Procedure 9.9, we **ORDER** Real Party in Interest's response to Relator's petition for writ of mandamus **STRICKEN**. Real Party in Interest may file an amended response, solely for the purpose of redacting all sensitive data, within two days of Relator filing her redacted petition for writ of mandamus and motion for stay.

If all parties timely file redacted pleadings and appendices as provided by this order, oral argument in this case will remain scheduled for November 29, 2017 at 11:00 a.m.

---

[1] This proceeding arises out of Cause No. 2017-CI-16203, styled *In the Matter of the Marriage of Jennifer Hall and Cynthia Suzanne Hale, In the Interest of S.Z.H., R.A.H., and S.G.H., Children*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.

It is so **ORDERED** on November 2, 2017.

**PER CURIAM**

ATTESTED TO: _____

Keith E. Hottle,
Clerk of Court

